Argued July 19, reversed August 17, 1977

WOLFE, *Respondent,*
*v.*
SOUTH COAST CONSTRUCTION CO., INC.,
*Appellant.*
(No. 77-72, CA 8124)
567 P2d 623

Ridgway K. Foley, Jr., Portland, argued the cause for appellant. With him on the brief were Souther, Spaulding, Kinsey, Williamson & Schwabe, and James D. Huegli, Portland.

Raymond J. Conboy, Portland, argued the cause for respondent. With him on the brief were Pozzi, Wilson, Atchison, Kahn & O'Leary, Donald N. Atchison and Jan Thomas Baisch, Portland.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

In this workers' compensation case, the only issue is aggravation of a preexisting industrial injury. The case turns entirely on its facts and it will serve no purpose to set them out.

Upon de novo review, we agree with the Board that the medical reports "indicate no medical aggravation and no medical causation connecting claimant's complaints with his industrial injury."

Reversed.